# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

KENDALL PLAIN, d/b/a  
EQUITY CAPITAL MARKETS, LLC,

        Plaintiffs,

vs.

NAUTILUS INSURANCE COMPANY,

        Defendant.

Civil Action No.

## COMPLAINT FOR DAMAGES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiffs, KENDALL PLAIN d/b/a EQUITY CAPITAL MARKETS, LLC, (hereinafter "Plaintiffs"), through undersigned counsel, file this Original Complaint against Defendant, NAUTILUS INSURANCE COMPANY and, in support of the causes of action asserted herein, respectfully set forth as follows:

1.

Made Plaintiffs herein are:

A. **KENDALL PLAIN**, is a person of the full age of majority, domiciled and owner of property located in East Baton Rouge Parish, State of Louisiana; and

B. **EQUITY CAPITAL MARKETS, LLC**, is a Louisiana Limited Liability Company licensed to do and doing business and domiciled in the Parish of East Baton Rouge and owner of property located in East Baton Rouge Parish, State of Louisiana.

2.

Made Defendant herein is:

**NAUTILUS INSURANCE COMPANY** (hereinafter referred to as "Nautilus"), a corporation incorporated in Arizona, with its principal place of business in Arizona, is a foreign insurance company authorized todo and doing business in the State of

1

Louisiana, and within the jurisdiction of this Honorable Court.

3.

This Court has personal jurisdiction over Nautilus because they conduct business in the State of Louisiana, and this claim arises out of Defendant's conduct, business operations, claims handling and failure to fulfill a written contract executed in the State of Louisiana.

4.

This Court has subject matter jurisdiction over this civil matter between citizens of different states. The amount in controversy, exclusive of interests, costs, and attorney's fees exceeds $75,000.00. Accordingly, this Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1).

5.

Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the Middle District of Louisiana because a substantial part of the events or omissions giving rise to this dispute occurred in East Baton Rouge Parish.

6.

Nautilus is justly and truly indebted to Plaintiffs herein for damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in the proceedings, for following, to wit:

7.

Plaintiffs own commercial rental property located at 6773 Titan Avenue, Baton Rouge, LA 70806 (hereinafter "the Property").

8.

On or around July 7, 2021, Plaintiffs had in place a contract with Nautilus to provide a commercial general liability and commercial property coverage, policy number NN1245471 (hereinafter "the Policy"), for the Property.

9.

Upon information and belief, on or around July 7, 2021, The Property suffered damage from vandalization, including but not limited to windows smashed, interior damage, damage to electrical wiring and air-conditioning units and broken doors.

10.

Plaintiffs had recently purchased the Property prior to the vandalization and upon information and belief, Crown Inspections, acting at the request of Nautilus preformed an underwriting inspection on or around June 29, 2021.

11.

Once Plaintiff, Plain became aware of the vandalism at the Property, Plaintiff contacted the Baton Rouge Police Department on and filed a police report reporting damage to the Property. The Baton Rouge Police Department investigated the crime and met with the Property manager and obtained the name of a possible known suspect that caused the damage to the Property.

12,

Upon realizing the extent of the damage and in compliance with the Policy, the Plaintiffs promptly reported the resulting extensive damage to Nautilus on or around July 7, 2021, who therefore knew almost immediately that the Property had sustained physical and structural damage.

13.

Despite more than a sufficient proof of loss, Nautilus failed to timely and adequately tender

payment under the Policy. Nautilus's failure to timely provide adequate payment for a clearly covered loss is a violation of the Policy. Coverage under the policy remains available and is due to the Plaintiffs herein. Nautilus is in clear violation of La.R.S. 22:1892 and 22:1973.

13.

At all times pertinent hereto, Nautilus provided insurance coverage for the matters, risks, and things involved herein. The Policy provides coverage for the damage sustained at the Property to which Plaintiffs are entitled, including but not limited to dwelling coverage, contents, loss of use, recoverable depreciation, as well as all repair/replacement costs.

15.

Plaintiffs are entitled to a judgment declaring that the language of the Policy provided coverage for some or all of the damage resulting from the damage to the Property.

16.

At all times relevant hereto, Nautilus had in its possession a detailed underwriting inspection report allegedly performed on June 29, 2021 which would have allowed them to determine what at the Property was damaged before the report of vandalism on July 7, 2021 and what occurred days later during the vandalism. The June 29, 2021 underwriting inspection report was not provided to its insureds until Nautilus had subjected its insured to hours long Examination Under Oath on December 2022.

17.

The actions of Nautilus in failing to adjust Plaintiffs' claims timely, fully, and fairly are arbitrary, capricious, and without probable cause, making Nautilus liable for damages, penalties and attorney fees provided under La. R.S. 22:1892 and 22:1973.

17.

Defendant, Nautilus is liable unto the Plaintiffs under the following legal theories:

1. Breach of contract;

2. Bad faith claims adjusting;

3. Negligent claims adjusting; and

4. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

18.

As a result of vandalism event and as a result of Nautilus's arbitrary and capricious claims adjusting, Plaintiffs has sustained, or will sustain, the following non-exclusive damages:

1. Property damages;

2. Loss of contents;

3. Loss of use and enjoyment of property;

4. Additional living expenses;

5. Repair and remediation expenses;

6. Loss of investment value of funds used to offset Nautaulis' failure to pay, including lost interest;

7. Diminution of value of property;

8. The penalties proscribed by La. R.S. 22:1892 and 22:1973;

9. Attorney's fees, expert fees and costs of this litigation; and

10. Any and all other damages which will be shown through discovery and proven at trial.

19.

Plaintiffs prays for and is entitled to trial by jury.

**WHEREFORE**, Plaintiffs, Kendall Plain and Equity Capital Markets, LLC, pray:

(i)   That Nautilus Insurance Company be served with a copy of this Complaint and cited to appear and answer same;

(ii)  For a trial by Jury;

(iii) That after due proceedings and a jury trial, there be Judgment in this matter in favor of Plaintiffs and against Nautilus, declaring that Nautilus is liable jointly, severally, and *in solido*, to the Plaintiffs for compensatory damages resulting from Nautilus's activities;

(iv)  For general, special and punitive damages to be awarded in favor of Plaintiffs and against Nautilus pursuant to LA. R.S. § 22:1973;

(v)   For general, special and punitive damages to be awarded in favor of Plaintiffs and against Nautilus pursuant to LA. R.S. § 22:1892 (B);

(vi)  For reasonable attorney's fees and costs to be awarded in favor of Plaintiffs and against Nautilus pursuant to LA. R.S. § 22:1892 (B);

(vii) That the right of the Plaintiffs to establish their entitlement to compensatory damages, and the amounts thereof, be reserved for determination in the individual actions when appropriate;

(viii) That Plaintiffs recover the costs of prosecution of this action and for interest of all damages from the date of judicial demand until paid; and

(ix)  For all other general and equitable relief deemed appropriate and meritorious by this Court.

Respectfully submitted,

*/s/ Eric J. O'Bell*
ERIC J. O'BELL, LA. BAR NO. 26693
OF COUNSEL
3500 North Hullen Street
Metairie, LA 70002
Telephone:  (504) 456-8677
Facsimile:  (504) 456-8653
ejo@obelllawfirm.com

and

HOUGHTALING LAW FIRM, LLC
BRIAN J. HOUGHTALING, Bar No. 30258
TWO LAKEWAY
3850 North Causeway Blvd.
Suite 1090
Metairie, LA 70002
Telephone:    (504) 901-6767
Facsimile:    (877) 448-5339
brian@houghtalinglaw.com

**PLEASE SERVE**:

**NAUTILUS INSURANCE COMPANY GRAND RAPIDS, MICHIGAN**
*Through its registered agent for service:*
Hon. R. Kyle Ardoin
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809