UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDALL PLAIN D/B/A EQUITY CAPITAL MARKETS, LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **NAUTILUS INSURANCE COMPANY** | **NO. 23-00509-BAJ-RLB** |

## JUDGMENT

Considering Plaintiff's **Unopposed Motion To Dismiss With Prejudice (Doc. 9)**, which the Court construes as a self-effectuating notice dismissing the above captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 14th day of August, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**